IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SCANNED at WVCF and Emailed on
10-21-16 by BH - 282 pages.
(date)   (initials)   (num)

**FILED**
3:07 pm, Oct 21, 2016
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

KENNETH GEORGE WOLFE,        )
       Plaintiff,        )
                             )
-v-                          )
                             )
INDIANA DEPARTMENT OF        )
CORRECTIONS,                 )
CORIZON MEDICAL, INC.,       )
MICHAELL MITCHEFF, M.D.,     )
MANDIP KAUR BARTELS, M.D.,   )
NAVEEN RAJOLI, M.D.,         )
NEIL J. MARTIN, M.D.,        )
ESTHER HINTON,               )
MICHAEL PERSON, M.D.,        )
KIM HOBSON, H.S.A.,          )
R. ROBINSON, R.N.,           )
RONALD LEROY YOUNG, M.D.,    )
MONICA GIPSON, R.N.,         )
TONY HOBBS,                  )
L. A. VAN NATTA,             )
MIKE SMITH,                  )
T. LITTLEJOHN,               )
F. LITTLEJOHN,               )
CHAPLAIN D. WALKER,          )
SERGEANT S. ROBBINS,         )
DAVID LIEBEL,                )
JEANNE WATKINS,              )
       Defendants.        )

2:16-cv-409-WTL-DKL

Cause No. _____

**REQUEST TO REMOVE COMPLAINT FROM STATE COURT
AND RE-FILE IN THE UNITED STATES DISTRICT COURT**

1

Comes now, Plaintiff, Kenneth George Wolfe, pro se, and request to remove his 42 U.S.C. §1983 civil complaint from State Court and re-file his Complaint in the United States District Court, Southern District of Indiana, Terre Haute Division.

Plaintiff has attached his complaint to this Request to Remove and will pay the entire filing fee immediately.

Respectfully Submitted,

*Kenneth George Wolfe*
Kenneth George Wolfe, Plaintiff, pro se